**Order entered March 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00240-CV

## TIFFANY POLLARD, INDIVIDUALLY AND AS TRUSTEE OF THE MARIE MERKEL CHILDREN'S TRUST, Appellant

## V.

## RUPERT M. POLLARD, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12515**

## ORDER

Before the Court is appellant's March 26, 2019 unopposed motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **May 9, 2019**. We caution appellant that further requests for extension in this accelerated appeal will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE